MICHELE AJELLO, SR., Appellant, *v.* TITLE GUARANTY AND TRUST COMPANY, Respondent.

(Argued October 9, 1928; decided October 23, 1928.)

*Otho S. Bowling* and *Robert H. Elder* for appellant.
*Charles H. Kelby* and *Edward M. Perry* for respondent.
no opinion.

Concur: CARDOZO, Ch. J., CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ. Not voting: POUND, J.